BEFORE THE THIRD DIVISION, JUNE 30, 1958

No. 62156.—Freedman & Slater, Inc., a/c EBA International *v.* United States, protest 58/3108 (New York).

Opinion by JOHNSON, J.  At the trial, it was stipulated that the collector's report contained facts which were true and correct.  The collector's report stating that the Melitta coffeemakers in cases 241/21 to 241/31, inclusive, would now be classified as claimed, the protest was sustained accordingly.

No. 62157.—Ready Foods Canning Corp. *v.* United States, protests 189640–K, etc. (Laredo).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

No. 62158.—International Packers, Ltd. *v.* United States, protest 277840–K (Laredo).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for, similar in all material respects to the meat the subject of *United States* v. *Mercantil Distribuidora, S. A., et al.* (45 C. C. P. A. 20, C. A. D. 667), the claim of the plaintiff was sustained.

No. 62159.—Armour and Company *v.* United States, protests 313532–K and 313533–K (San Francisco).

Opinion by DONLON, J.  In accordance with stipulation of counsel that the merchandise consists of meats, prepared or preserved, not specially provided for,